# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3625
_____

Peter Agaba Ngobya

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States[1]

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 16, 2015
Filed: July 23, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

_____

[1]Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Tanzanian citizen Peter Agaba Ngobya petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his application for asylum. After careful consideration of the issues before us,[2] we deny the petition, because we conclude that substantial evidence supports the finding that Ngobya failed to establish past persecution or a well-founded fear of future persecution, due to any protected ground. See Matul-Hernandez v. Holder, 685 F.3d 707, 710-13 (8th Cir. 2012). The petition for review is denied. See 8th Cir. R. 47B.

_____

[2]The agency's rulings denying withholding of removal and relief under the Convention Against Torture are not before us in this petition for review.